

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-8-2008

# Gay v. CreditInform

Precedential or Non-Precedential: Precedential

Docket No. 06-4036

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Gay v. CreditInform" (2008). *2008 Decisions*. Paper 1655.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1655

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 21, 2007

Docket No. 06-4036

MARY GAY, ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED,

Appellant

v.

CREDITINFORM; INTERSECTIONS, INC.

Present: FISHER, ALDISERT AND GREENBERG, Circuit Judges

    1.   Appellee's Motion for Amendment of the Opinion dated December 19, 2007

/s/ Dana Moore
Dana Moore, Case Manager
(267) 299-4927

**Response Due 1/708**

**O R D E R**

The foregoing motion is granted to the end that the last sentence in footnote 2 on page 3 of the slip opinion will read as follows:

> Inasmuch as Intersections, notwithstanding its claim that the CROA does not apply to it, treats the CROA as applicable in this case, we will do the same but do so without resolving the dispute between the parties as to whether services Intersections supplied Gay are credit repair products.

By the Court,

/s/ Morton I. Greenberg
Circuit Judge

Dated: January 8, 2008
DMM/cc: James A. Francis, Esq.
       David A. Searles, Esq.
       Christopher D. Thomas, Esq.
       David R. Fine, Esq.
       Carleton O. Strouss, Esq.